UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 2:16 CR 0015-01 |
| VS. | : | JUDGE MINALDI |
| OMAR SANCHEZ ORTUNO | : | MAGISTRATE JUDGE KAY |

JUDGMENT

There being no objections to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed,[1] these findings and conclusions are accepted. Alternatively, this court finds that the proposed findings of fact and conclusions of law are entirely correct. Accordingly, it is

ORDERED that the guilty plea of the defendant, Omar Sanchez Ortuno, is ACCEPTED and that Omar Sanchez Ortuno is adjudicated guilty of the offense charged in Count One of the Bill of Information.

Lake Charles, Louisiana, this 25 day of April, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. 21 issued February 12, 2016.